UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS, | No. 2:16-cv-2329 AC P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SMITH, et al., | |
| Defendants. | |

By order filed June 26, 2019, the undersigned screened the first amended complaint and found that some of plaintiff's allegations stated claims for relief while others did not. ECF No. 10. Specifically, the undersigned found that allegations that Vaughn refused to submit plaintiff's pain intake information and treat his migraines stated a claim and required a response. Id. at 5. However, the other allegations against Vaughn failed to state a claim. Id. at 8. Additionally, the allegations against Smith, Heatley, Hawkins, and Horowitz that were part of the complaint in Sims v. Heatley, E.D. Cal. No. 2:14- cv-0393 KJN P, were found to be barred because they had been voluntarily dismissed with prejudice as part of a settlement agreement in that case, and the claims against Smith and Heatley that were not barred failed to state a claim. Id. at 5-8. Plaintiff was given the option of proceeding on the complaint as screened or trying to amend the complaint, and he was given fourteen days to complete and return a form notifying the court how he would like to proceed. Id. at 9.

Fourteen days have now passed, and plaintiff has failed to return the form. Plaintiff will be given one final opportunity to advise the court how he would like to proceed in this case. If plaintiff does not return the form, it will be recommended that all claims against defendants Smith, Heatley, Horowitz, and Hawkins, and all claims against defendant Vaughn except for the claims that he failed to treat plaintiff's migraines and submit his pain intake information be dismissed without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that within fourteen days of service of this order, plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on the screened first amended complaint or whether he wants to file a second amended complaint. If plaintiff does not return the form, it will be recommended that all claims against defendants Smith, Heatley, Horowitz, and Hawkins, and all claims against defendant Vaughn except for the claims that he failed to treat plaintiff's migraines and submit his pain intake information be dismissed without prejudice.

DATED: July 29, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>      Plaintiff,<br><br>    v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>      Defendants. | No. 2:16-cv-2329 AC P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his claims against defendant Vaughn for failing to treat his migraines and submit his pain intake information without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing without prejudice all other claims against defendant Vaughn and all of his claims against defendants Smith, Heatley, Horowitz, and Hawkins.

\_\_\_\_\_ Plaintiff wants to amend the complaint.

DATED:_____

                                                            Darius Sims
                                                          Plaintiff pro se