UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2329 KJM AC P<br><br><br>ORDER |

In light of the statement noting the death of plaintiff Darius Sims (ECF No. 25), defendant will be directed to serve the statement pursuant to Federal Rule of Civil Procedure 25(a)(3). Defendant shall forthwith serve the statement noting death on parties and any known successors or representatives of the deceased party as provided in Federal Rules of Civil Procedure 5 and 4, respectively. Fed. R. Civ. P. 25(a)(3); see also Barlow v. Ground, 39 F.3d 231, 233-34 (9th Cir. 1994).

Accordingly, IT IS HEREBY ORDERED that defendants shall serve the September 29, 2019 statement noting death pursuant to Federal Rule of Civil Procedure 25(a)(3) within twenty-one days of this order and shall file a certificate of service with the court.

DATED: October 3, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE