UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH,<br><br>　　　　　Defendants. | No. 2:16-cv-2329 KJM AC P<br><br><br>ORDER TO SHOW CAUSE |

　　　By order filed October 21, 2019, defendants were given fourteen days to either provide an amended certificate of service showing that they had complied with California Code of Civil Procedure § 415.30 or to re-serve the statement noting death on plaintiff's sister in a manner that complied with this court's October 3, 2019 order and the Federal Rules of Civil Procedure. ECF No. 29. Fourteen days have now passed, and defendants have not filed an amended certificate of service or a certificate of service demonstrating alternative service.

　　　Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order defendants shall show good cause why they should not be sanctioned for failing to comply with the October 21, 2019 order. Prompt filing of an amended certificate of service or a certificate of service demonstrating alternative service, as outlined in the October 21, 2019 order, will be

////

////

deemed full compliance with this order and will discharge the order to show cause. Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

DATED: November 13, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE