UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2329 KJM AC P<br><br><br><br>ORDER |

　　The court has reviewed defendants' response to this court's order to show cause filed November 14, 2019. ECF No. 31. Good cause appearing, IT IS HEREBY ORDERED that the order to show cause filed November 14, 2019 (ECF No. 30), is discharged.

DATED: November 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE